FILED ___ RECEIVED
ENTERED ___ SERV'D ON
COUNSEL/PARTIES OF RECORD

DEC 1 0 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY ___ DEPUTY

GREGORY A. BROWER
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:08-cr- _3̶4̶0̶_ |
| VS. | **VIOLATIONS:**<br>18 U.S.C. §2251(a) - Production of Child Pornography; |
| ANDREW CARSON IRVINE, | |
| DEFENDANT. | 18 U.S.C. §2252A(a)(2) - Receipt of Child Pornography; |
| | 18 U.S.C. §2252A(a)(5)(B) - Possession of Child Pornography; |
| | 18 U.S.C. §2422(b) - Coercion and Enticement; |
| | 18 U.S.C. §2253 - Criminal Forfeiture |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Attempted Production of Child Pornography

Between on or about December 13, 2007, and on or about February 27, 2008, in the State and Federal District of Nevada and elsewhere,

**ANDREW CARSON IRVINE,**

defendant herein, did attempt to use, persuade, induce, entice and coerce a person under

the age of 18 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported in interstate and foreign commerce and mailed, and that visual depiction was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### Receipt of Child Pornography

From an unknown time to on or about February 27, 2008, in the State and Federal District of Nevada,

### ANDREW CARSON IRVINE,

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate commerce and foreign commerce by any means including by computer; and material containing child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT THREE
### Possession of Child Pornography

From an unknown time to on or about February 27, 2008, in the State and Federal District of Nevada,

### ANDREW CARSON IRVINE,

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk and any other material that contained an image of child pornography, as

defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce by any means including by computer, and that were produced using materials that had been mailed and shipped and transported in interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**COUNT FOUR**
Coercion and Enticement

From on or about November 2, 2006, to on or about July 3, 2008, in the State and Federal District of Nevada,

**ANDREW CARSON IRVINE,**

defendant herein, did use a facility of interstate commerce to knowingly persuade, induce, and entice, and to attempt to knowingly persuade, induce, and entice an individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

As a result of committing the offenses in violation of Title 18, United States Code, Sections 2251, 2252A(a)(2) and 2252A(a)(5)(B), set forth above,

### ANDREW CARSON IRVINE,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253 (a)(3), all visual depictions described in Title 18, United States Code, Sections 2251, 2252A and 2252, and all items containing such visual depictions, which were transported, shipped and received in violation of Title 18, United States Code, Section 2252A and all property, real and personal, used and intended to be used to commit and promote the commission of the aforestated offense, including but not limited to, the following properties: a) computer images depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained; and  b) any and all computers and computer media used to store images depicting a minor engaging in sexually explicit conduct.

**DATED**: this /$\overline{L^{th}}$ day of December  2008.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

GREGORY A. BROWER
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney

4