AO 442 (Rev. 11/11) Arrest Warrant

1610984

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 29 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>Andrew Carson Irvine<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   2:08CR00340 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Carson Irvine

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violation of Terms of Supervised Release

DEBRA K. KEMPI
**CLERK**

*(signature)*

**(By) DEPUTY CLERK**

1/25/2019 Las Vegas, NV
**DATE**

### Return

| | | |
|---|---|---|
| This warrant was received on *(date)* 1/25/2019 | , and the person was arrested on *(date)* 1/28/2019 | |
| at *(city and state)* LAS VEGAS, NV | | |
| Date: 1/28/2019 | *(signature)* for<br>*Arresting officer's signature*<br><br>USMS<br>*Printed name and title* | |