RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Andrew Carson Irvine

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00340-GMN-LRL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARINGS** |
| v. | (First Request) |
| ANDREW CARSON IRVINE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Andrew Carson Irvine, that the Preliminary Revocation Hearing currently scheduled on April 1, 2020, and the Revocation Hearing currently scheduled on April 8, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ten (10) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to exchange evidence and for the defense to do an investigation.

3. Mr. Irvine is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 31st day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Nicholas D. Dickinson*<br>By_____<br>NICHOLAS D. DICKINSON<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW CARSON IRVINE,<br><br>　　　　Defendant. | Case No. 2:08-cr-00340-GMN-LRL<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Revocation Hearing currently scheduled on April 1, 2020 at the hour of 10:30 a.m., be vacated and continued to April 16, 2020, at the hour of 9:30 a.m. in Courtroom 6B before Magistrate Judge Daniel J. Albregts.

　　IT IS FURTHER ORDERED that the Revocation Hearing currently scheduled on April 8, 2020 at the hour of 9:00 a.m., be vacated and continued to May 6, 2020, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

　　DATED this  31  day of March, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE