RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANNIE YOUCHAH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Annie_Youchah@fd.org

Attorney for Andrew Carson Irvine

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>ANDREW CARSON IRVINE,<br><br>    Defendant. | Case No. 2:08-CR-340-GMN-LRL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Annie Youchah, Assistant Federal Public Defender, counsel for Andrew Carson Irvine, that the Revocation Hearing currently scheduled on October 13, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

   This Stipulation is entered into for the following reasons:

   1.   The parties need additional time to negotiate a potential resolution.

   2.   The undersigned counsel need additional time to confer with the defendant.

   3.   The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 12th day of October, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Annie Youchah*<br>By_____<br>ANNIE YOUCHAH<br>Assistant Federal Public Defender | */s/ Kenneth Nicholas Portz*<br>By_____<br>KENNETH NICHOLAS PORTZ<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CARSON IRVINE,<br><br>Defendant. | Case No. 2:08-CR-340-GMN- LRL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, October 13, 2021 at 10:00 a.m., be vacated and continued to Wednesday, October 27, 2021 at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  12  day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE

3