RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Andrew Carson Irvine

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CARSON IRVINE,<br><br>Defendant. | Case No. 2:08-CR-340-GMN-LRL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Andrew Carson Irvine, that the Revocation Hearing currently scheduled on October 27, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1.      Since the last requested continuance, defense counsel was able to meet with Mr. Irvine. Additional time is needed to further confer with Mr. Irvine regarding the alleged violations.

2.      Defense counsel requires additional time to further investigate the alleged violations. The requested time will also permit the parties time to attempt to negotiate a potential resolution.

3.      Government counsel is out of the jurisdiction during the week of November 8, 2021. The parties are available during the week of November 15, 2021.

4.      The defendant is out of custody and agrees with the need for the continuance.

5.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 21st day of October, 2021.


RENE L. VALLADARES                         CHRISTOPHER CHIOU
Federal Public Defender                       Acting United States Attorney


      /s/ Raquel Lazo                                 /s/ Kenneth Nicholas Portz
By_____      By_____
RAQUEL LAZO                                   KENNETH NICHOLAS PORTZ
Assistant Federal Public Defender             Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW CARSON IRVINE,<br><br>        Defendant. | Case No. 2:08-CR-340-GMN-LRL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, October 27, 2021 at 10:00 a.m., be vacated and continued to  November 17, 2021 at the hour of 10:00 a.m.

DATED this 21  day of October, 2021.

_____

UNITED STATES DISTRICT JUDGE