RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Andrew Carson Irvine

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW CARSON IRVINE,<br><br>        Defendant. | Case No. 2:08-CR-340-GMN-LRL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Andrew Carson Irvine, that the Revocation Hearing currently scheduled on November 17, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than January 1, 2022.

      This Stipulation is entered into for the following reasons:

      1.    On November 5, 2021, probation filed a sealed petition alleging new violations, including two new law violations. ECF No. 156. Mr. Irvine is scheduled to make his initial appearance on the petition tomorrow, November 16, 2021. Defense counsel was able to briefly

speak to government counsel and the probation officer regarding the new sealed petition. The parties believe that the new petition will impact the way the original petition is resolved. The parties currently contemplate a global resolution of both petitions.

2. Defense counsel has not had time to confer with Mr. Irvine regarding the new petition and still needs to follow-up with him regarding outstanding questions he had pertaining to the original petition. The requested additional time will permit defense counsel to meet and fully confer with Mr. Irvine regarding both pending petitions, obtain discovery pertaining to the new law violations alleged in the sealed petition, and allow the parties time to attempt to globally resolve both petitions.

3. The defendant is currently in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 15th day of November, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kenneth Nicholas Portz*<br>By_____<br>KENNETH NICHOLAS PORTZ<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW CARSON IRVINE,<br><br>　　　　　Defendant. | Case No. 2:08-CR-340-GMN-LRL<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 17, 2021 at 10:00 a.m., be vacated and continued to  January 19, 2022   at the hour of 11:00 a.m.

　　　DATED this  16  day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE

3