UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW CARSON IRVINE,<br><br>　　　　Defendant. | Case No. 2:08-cr-00340-GMN-LRL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 24, 2023 at 2:00 p.m. be vacated and continued to November 28, 2023 at the hour of 3:00 pm in 3A before Magistrate Judge Cam Ferenbach.

   DATED this 24th of October 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3