RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Katherine_Tanaka@fd.org

Attorney for Andrew Carson Irvine

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00340-GMN-LRL |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE REVOCATION HEARING |
| v. | (First Request) |
| ANDREW CARSON IRVINE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Andrew Carson Irvine, that the Revocation Hearing currently scheduled on October 31, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days from the currently scheduled date.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to pursue a non-hearing resolution.

2. If the parties are unable to come to a resolution, the parties will need additional time to prepare for the hearing.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By *Jacob Operskalski*<br>JACOB OPERSKALSKI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ANDREW CARSON IRVINE,<br><br>           Defendant. | Case No. 2:08-cr-00340-GMN-LRL<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, October 31, 2023 at 10:00 a.m., be vacated and continued to 12/13/2023 at the hour of 10:00 a.m.

  DATED this 24 day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE

3