UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW CARSON IRVINE,<br><br>        Defendant. | Case No. 2:08-cr-00340-GMN-LRL-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, November 28, 2023 at 3:00 p.m., be vacated and continued to January 29, 2024 at 10:00 am in LV Courtroom 3D.

DATED this 27th day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3