RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Nelson@fd.org

Attorney for Andrew Carson Irvine

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ANDREW CARSON IRVINE,<br><br>           Defendant. | Case No. 2:08-cr-00340-GMN-LRL-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Andrew Carson Irvine, that the Revocation Hearing currently scheduled on December 13, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

     This Stipulation is entered into for the following reasons:

     1.    The parties are still awaiting receipt of discovery from the United States Probation Office. Once received, the parties need additional time to review the petition and corresponding discovery to determine whether this matter can be resolved without the need for a contested hearing.

2. If the parties are unable to come to a resolution, the parties will need additional time to prepare, which includes obtaining witnesses.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 27th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Madeline S. Lal<br>MADELINE S. LAL<br>Assistant Federal Public Defender | By /s/Jacob Haile Operskalski<br>JACOB HAILE OPERSKALSKI<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW CARSON IRVINE,<br><br>　　　　Defendant. | Case No. 2:08-cr-00340-GMN-LRL-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 13, 2023 at 10:00 a.m., be vacated and continued to February 27, 2024 at the hour of 10:00 a.m.

　　DATED this 27 day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

3