RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Andrew Carson Irvine

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW CARSON IRVINE,<br><br>        Defendant. | Case No. 2:08-cr-00340-GMN-LRL-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Andrew Carson Irvine, that the Revocation Hearing currently scheduled on February 27, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is newly appointed to this case and needs additional time to prepare for the hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1. This is the third request for a continuance of the revocation hearing.

2. DATED this 22nd day of February 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Keisha K. Matthews<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By /s/Jacob Haile Operskalski<br>JACOB HAILE OPERSKALSKI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00340-GMN-LRL-1 |
| Plaintiff, | **ORDER** |
| v. | |
| ANDREW CARSON IRVINE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 27, 2023 at 10:00 a.m., be vacated and continued to April 30, 2024 at the hour of 11:00 a.m.

DATED this 23 day of February 2024.

_____
UNITED STATES DISTRICT JUDGE

3