RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Andrew Carson Irvine

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW CARSON IRVINE,<br><br>  Defendant. | Case No. 2:08-cr-00340-GMN-LRL-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob H. Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Andrew Carson Irvine, that the Revocation Hearing currently scheduled on July 30, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. On July 4, 2024, Mr. Irvine experienced a medical emergency while in custody.
2. He was transported to the hospital for treatment.
3. Mr. Irvine remains under doctors care in a long-term acute care facility.

4. Given Mr. Irvine's medical condition, the parties need additional time to engage in negotiations and prepare for the hearing.

5. The defendant is in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 26th day of July 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/Jacob H. Operskalski*<br>JACOB H. OPERSKALSKI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CARSON IRVINE,<br><br>Defendant. | Case No. 2:08-cr-00340-GMN-LRL-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, July 30, 2024 at 11:00 a.m., be vacated and continued to  October 30, 2024  at the hour of 10:00 a.m.

DATED this  29  day of July 2024.

_____
UNITED STATES DISTRICT JUDGE

3